ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
DEC 19 2007
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| VS. | ) | CASE NO. 3:07-CR-177-P(04) |
| TRONICKA WEBB | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**TRONICKA WEBB**, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to the Indictment. After cautioning and examining **TRONICKA WEBB** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that **TRONICKA WEBB** be adjudged guilty and have sentence imposed accordingly.

Date: December 19, 2007.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).